

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2013

No. 04-13-00793-CV

**BHOTAN VALLEY INVESTORS LLC**,
Appellant

v.

**LEM 2Q LLC** and LEM 2P LLC,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05732
Honorable Barbara Hanson Nellermoe, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, appellant's petition for permission to appeal is DENIED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on December 11, 2013.

_Catherine_ Chief _Stone_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2013.

Keith E. Hottle, Clerk